P. Corper James - 8960
**MABEY, WRIGHT & JAMES, PLLC**
175 South Main, #1330
Salt Lake City, Utah 84111
Telephone: (801) 359-3663
Fax: (801) 359-3673
Email: cjames@mwjlaw.com

*Attorneys for Plaintiff Sylvia De Lacruz*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SYLVIA DE LACRUZ. an individual, | |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | Civil No. 1:11-CV-00109-RJS |
| PEDIATRIC DENTISTRY, PC | |
| Defendants. | Judge Robert J. Shelby |

Plaintiff, Sylvia De Lacruz, and Defendants, Pediatric Dentistry, P.C., having stipulated pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action may be dismissed with prejudice in its entirety, and good cause appearing therefore, the court hereby ORDERS that this action is hereby dismissed with prejudice in its entirety, each party to bear his or its attorney's fees and costs.

IT IS SO ORDERED.

DATED this __31st__ day of July, 2013.

BY THE COURT:

Hon. Robert J. Shelby
United States District Judge